**FILED**
January 22, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:12-CR-00322-GEB-6
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
ANDREY LUNGU, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ANDREY LUNGU</u>, Case No. <u>2:12-CR-00322-GEB-6</u>, Charge <u>Title 18 USC § 286</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

✔ Bail Posted in the Sum of $ <u>50,000 (co-signed)</u>

    ✔ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    ✔ (Other) <u>With pretrial supervison and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>January 22, 2016</u> at <u>2:45</u> pm.

By _____
Kendall J. Newman
United States Magistrate Judge