KELLY BABINEAU (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for ANDREY LUNGU

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 12-CR-0322GEB |
| Plaintiff, ) | |
| ) | STIPULATION REGARDING |
| ) | PRETRIAL RELEASE |
| v. ) | SUPERVISION; |
| ) | [~~PROPOSED~~] FINDINGS AND |
| ) | ORDER |
| ANDREY LUNGU ) | |
| ) | |
| Defendants. ) | |
| _____) | Judge: Hon. Edmund F. Brennan |

## STIPULATION

It is hereby stipulated that the bond posted as a part of the pretrial release conditions be modified to remove Yelena Lungu and be replaced by Valerily Lungu. Mr. Andrey Lungu and Yelena Lungu are currently going through divorce proceedings. Mrs. Lungu requested she be removed from the bond. As such, all parties are suggesting and are in agreement that Mrs. Lungu be removed from the bond, and that the defendant's father, Valeriy Lungu, be substituted in as the surety on the bond. The bond is a $50,000 unsecured bond. Pretrial Services has spoken with Valeriy Lungu and believes he is an

appropriate and suitable surety. Mr. Lungu understands the risks involved if the defendant willfully fails to appear in this matter. Andre Lungu is scheduled for Sentencing Hearing before the Honorable Garland E. Burrell, Jr. U.S. District Judge, on October 25, 2019 (but this hearing may be continued). All other conditions of pretrial release are to remain in force and effect.

IT IS SO STIPULATED.

Dated:  October 22, 2019           Respectfully submitted,

/s/ Kelly Babineau
KELLY BABINEAU
Attorney for Andrey Lungu

Dated: October 22, 2019            /s/ Heiko Coppola
HEIKO COPPOLA
Assistant U.S. Attorney

Dated: October 22, 2019            /s/ Taifa Gaskins
TAIFA GASKINS
U.S. Pretrial ~~Release~~ Services Officer

**O R D E R**

IT IS SO FOUND AND ORDERED this 22nd day of October, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

-2-