KELLY BABINEAU (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 801
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for ANDREY LUNGU

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, Plaintiff, | ) No. 12-CR-0322JAM |
| v. | ) STIPULATION REGARDING TRAVEL OUT OF STATE; FINDINGS AND ORDER |
| ANDREY LUNGU Defendants. | ) |
| | ) Judge: Hon. John A. Mendez |

**STIPULATION**

Upon request of the defendant and consent by Pretrial Services and the government, it is hereby stipulated to the following:

1. Andrey Lungu was sentenced on November 10, 2020 (ECF 310.) The Court set a turn in date to BOP on February 28, 2021.
2. Mr. Lungu's ex-wife moved to Oregon. She had physical custody of their two children.
3. The family court in Andrey Lungu v. Yelena Lungu (19FL03174), ordered that

Mr. Lungu was entitled to 4 hours a week of parenting time, through a supervising agency.

4. Mr. Lungu would like to see his children one last time before being committed to the Bureau of Prisons.

5. Mr. Lungu would like to leave Sacramento, California on Sunday, February 21, 2021, in the afternoon. He will drive to Oregon. He is scheduled to have a supervised visit with his children on Monday, February 22, 2021 and Tuesday, February 23, 2021. These two visits will total four hours.

6. Mr. Lungu will leave directly after the last visit, to drive back to Sacramento, California, on Tuesday, February 23, 2021.

7. Mr. Lungu will not have any direct or physical contact with Yelena Lungu while in Oregon.

This request is being made to allow Mr. Lungu an opportunity to see his children one last time before serving his 24-month sentence in the Bureau of Prisons.

IT IS SO STIPULATED.

Dated:  February 19, 2021               Respectfully submitted,

                                        /s/ Kelly Babineau
                                        KELLY BABINEAU
                                        Attorney for Andrey Lungu

Dated: February 19, 2021                /s/ Heiko Coppola
                                        HEIKO COPPOLA
                                        Assistant U.S. Attorney

Dated: February 19, 2021         /s/ Taifa Gaskins
                                 TAIFA GASKINS
                                 U.S. Pretrial Release Officer

**O R D E R**

IT IS SO FOUND AND ORDERED this 19th day of February, 2021.

                                 /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE